IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC HARPER,

    Petitioner,                    No. CIV S-09-1484 GGH P

    vs.

M.D. McDONALD,

    Respondent.                  ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiff has not paid the required filing fee of $350.00 or filed a proper application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

        Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

---

[1] Petitioner filed this case as a writ of habeas corpus but the court's review indicates that in this filing petitioner is challenging the conditions of confinement. The Clerk of the Court will be directed to re-designate this action as one brought by 42 U.S.C. § 1983. See Muhammad v. Close, 540 U.S. 749, 750, 123 S. Ct. 1303, 1304 (2004).

1

1
2        Accordingly, IT IS HEREBY ORDERED that:
3        1. Plaintiff shall submit, within thirty days from the date of this order, either the
4 $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form
5 provided with this order; plaintiff is cautioned that failure to comply with this order will result in
6 a recommendation that this action be dismissed without prejudice; and
7        2. The Clerk of the Court is directed to send plaintiff an Application to Proceed
8 In Forma Pauperis by a Prisoner for use in a civil rights action.
9        3. The Clerk of the Court is directed to re-designate this action as one brought by
10 42 U.S.C. § 1983.
11 DATED: June 16, 2009
12                                          /s/ Gregory G. Hollows
13                                          _____
14                                          GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE
15 GGH: AB
harp1484.ifp

2